HAZEL R. WOOD, as Administratrix C. T. A. of GEORGE F. CLOSE, Deceased, Respondent, v. CHENANGO COUNTY NATIONAL BANK AND TRUST COMPANY OF NORWICH, as Executor of ADDIE E. CLOSE, Deceased, Appellant.— Motion for reargument. On stipulation the motion is dismissed and the stay order dated October 23, 1953, is revoked, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 283.]

■

## (May 21, 1954.)

■

ARTHUR J. AXTELL, Respondent, v. DANIEL J. WAPLES et al., as Copartners Doing Business under the Name of PALM GRILL, Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DEEB, Appellant.— Motion for a certificate of reasonable doubt is denied. An appeal has been taken in this case. It appears that all matters pertinent thereto are before the court on this motion. For that reason it was suggested upon the argument herein that the appeal be heard at this term, to which the Attorney-General agreed. If counsel for defendant similarly agrees, typewritten brief may be submitted. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of MICHAEL VIOLA, Appellant, against IRELAND BROS. GLOVES et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of GEORGE BLACKLEY, Respondent, against CITY OF NIAGARA FALLS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to amend a decision of this court, handed down April 24, 1954, so as to add thereto a provision granting costs to the appellants against the respondent, Workmen's Compensation Board. Motion denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 284 App. Div. 51.]

■

In the Matter of the Claim of CARL J. WEISS, Respondent, against RAILWAY EXPRESS AGENCY, INCORPORATED, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 288.]